1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RUDOLPH MARSHALL,                    No.  2:19-cv-1142 KJM KJN P

12              Petitioner,

13        v.                             ORDER TO SHOW CAUSE

14   TAMMY FOSS,

15              Respondent.

16

17        Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  On October 11, 2019, respondent filed a motion to dismiss

19   on multiple grounds.  (ECF No. 11.)  On October 17, 2019, respondent filed an amended

20   declaration of service on petitioner.  (ECF No. 13.)  Twenty-one days have now passed, and

21   petitioner has not filed an opposition to the motion.  Local Rule 230(l) provides in part:  "Failure

22   of the responding party to file written opposition or to file a statement of no opposition may be

23   deemed a waiver of any opposition to the granting of the motion . . . ."  Id.

24        Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within

25   thirty days, why his failure to oppose respondent's motion to dismiss should not be deemed a

26   waiver of any opposition to the granting of the motion, and he shall file an opposition.  Petitioner

27   ////

28   ////

1

is cautioned that failure to respond to the instant order, or to file an opposition to the pending motion to dismiss, will result in a recommendation that this action be dismissed.

Dated: November 21, 2019

Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mars1142.46.hab